

| Judicial Links | | eFiling | | Help | | Contact Us | | Print | | GrantedPublicAccess  Logoff KZICKRICK78 |

**2222-CC06553 - ANDRE PORTER V RONALD FIELDSON ET AL (E-CASE)**

| Case | Parties & | Docket | Charges, Judgments | Service | Filings | Scheduled | Civil | Garnishments/ |
| FV Header | Attorneys | Entries | & Sentences | Information | Due | Hearings & Trials | Judgments | Execution |

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries:  ● Descending  ○ Ascending

Display Options:  [All Entries ▼]

---

**07/26/2022**  ☐ **Notice of Service**
 Proof of Service.
   **Filed By:** STEVEN WILLIAM DUKE
   **On Behalf Of:** ANDRE PORTER

**07/14/2022**  ☐ Jury Trial Scheduled
   Scheduled For: 01/03/2023;  9:00 AM ;  MICHAEL FRANCIS STELZER;  City of St. Louis

**07/12/2022**  ☐ Summons Personally Served
   Document ID - 22-SMOS-1966; Served To - FIELDSON, RONALD; Server - ; Served Date - 27-JUL-22; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

**07/07/2022**  ☐ **Summons Issued-Circuit**
   Document ID: 22-SMCC-7106, for FORWARD AIR INC.

☐ **Summ Issd- Circ Pers Serv O/S**
   Document ID: 22-SMOS-1966, for FIELDSON, RONALD.

☐ **Confid Filing Info Sheet Filed**
   FILING INFORMATION SHEET
   **Filed By:** STEVEN WILLIAM DUKE

☐ **Request Filed**
   REQUEST FOR APPOINTMENT OF SPECIAL PROCESS SERVER
   **Filed By:** STEVEN WILLIAM DUKE

☐ Confid Filing Info Sheet Filed
   **Filed By:** STEVEN WILLIAM DUKE

☐ **Pet Filed in Circuit Ct**
   PETITION FOR DAMAGES
   **Filed By:** STEVEN WILLIAM DUKE
   **On Behalf Of:** ANDRE PORTER

☐ Judge Assigned

---

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| ANDRE PORTER ) | |
|     3839 Wisconsin Ave., Apt A ) | |
|     St. Louis, MO 63118 ) | |
| ) | |
|               Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| RONALD FIELDSON ) | Division |
|     Serve at: ) | |
|     1004 E. Tacoma St. ) | |
|     Broken Arrow, OK 74012 ) | |
| ) | |
| and ) | |
| ) | |
| FORWARD AIR, INC . ) | |
|     Serve: ) | |
|     National Corporate Research, Ltd., ) | |
|     Registered Agent ) | |
|     9666 Olive Blvd. ) | |
|     St. Louis, MO 63132 ) | |
| ) | |
|               Defendants. ) | |

**PETITION FOR DAMAGES**

Plaintiff Andre Porter, by and through the undersigned counsel, and for his claims for relief against Defendant Ronald Fieldson ("Defendant Fieldson") and Defendant Forward Air, Inc. ("Defendant Forward Air"), states, avers and alleges as follows:

THE PARTIES

1. At all relevant times, Plaintiff was and is an individual and resident of St. Louis, The City of St. Louis, Missouri.

Page **1** of **6**

2. At all relevant times, Defendant Fieldson was and is an individual and resident of Broken Arrow, Tulsa County, Oklahoma. Upon information and belief, Defendant Fieldson currently resides and may be served with process at 1004 E. Tacoma St., Broken Arrow, OK 74012.

3. At all relevant times, Defendant Forward Air was and is a foreign corporation with its principal place of business in Greeneville, Tennessee, which may be served with process via its Missouri registered agent, National Corporate Research, Ltd., at 9666 Olive Blvd., St. Louis, MO 63132.

## JURISDICTION & VENUE

4. This Court has personal jurisdiction over Defendants in this matter pursuant to Section 506.500 of the Missouri Revised Statutes.

5. This Court has subject matter jurisdiction in this matter.

6. Venue is proper in this Court per Missouri Revised Statutes.

## FACTS COMMON TO ALL COUNTS

7. On September 17, 2021, at approximately 3:04 am, Plaintiff was operating his vehicle, a 2006 Chevrolet Silverado Pickup, eastbound on Interstate 44, a public thoroughfare, approaching the off-ramp to South Grand Boulevard.

8. Plaintiff's vehicle suffered a mechanical issue which caused the vehicle to begin emitting smoke.

9. Plaintiff immediately pulled his vehicle to the side of the interstate, as far onto the shoulder as possible.

10. Plaintiff was not able to completely place his vehicle off the travel lanes of Interstate 44 due to the narrow shoulder and the proximity of the guardrail located immediately next to the shoulder.

11. After pulling over his vehicle, Plaintiff exited his vehicle and opened the hood of his truck so attempt to diagnose the problem.

12. At said time and place, Defendant Fieldson was operating a 2020 Kenworth W9 Series, eastbound on Interstate 44, traveling in the same lane in which Plaintiff's vehicle partially resided.

13. Eastbound Interstate 44 is straight, with no curves or other visual obstructions for more than one mile before the exit to Grand Boulevard.

14. When Defendant Fieldson's tractor trailer reached where Plaintiff had stopped his vehicle, he struck Plaintiff's vehicle.

15. Moments before the impact, Plaintiff observed that Defendant's vehicle was about to strike his stopped truck. In fear of being struck himself, Plaintiff dove over the guardrail and rolled down the hill.

## COUNT I – NEGLIGENCE
### (Against Defendant Ronald Fieldson)

16. Plaintiff hereby incorporates by reference all preceding allegations of Plaintiff's Petition for Damages as if full set forth herein.

17. At all relevant times, Defendant Fieldson had a duty to use the highest degree of care in operating his vehicle.

18. In colliding with Plaintiff's vehicle, as set forth above, Defendant Fieldson was negligent and breached his duty to use reasonable care in one or more of the following respects:

    a. Defendant failed to keep his automobile under control;

    b. Defendant's vehicle came into collision with the rear of Plaintiff's vehicle;

    c. Defendant failed to drive within the range of his vision in order to avoid colliding with any other vehicle using the roadway;

    d.    Defendant failed to keep a proper lookout for other vehicles and objects in his line of vision in order to avoid colliding with any other vehicle using the roadway;

    e.    Defendant knew or by the use of the highest degree of care could have known that there was a reasonable likelihood of collision in time thereafter to have stopped, swerved, slackened speed, sounded a warning, slackened speed and swerved, slackened speed and sounded a warning and/or swerved and sounded a warning, but Defendant failed to do so.

19.    As a direct and proximate result of the collision which was caused by the aforementioned acts and omissions of Defendant Fieldson, Plaintiff was injured and has incurred and will continue to incur damages, including but not limited to, those arising from:

    a.    Past medical and hospital expenses;

    b.    Future medical, hospital and life care expenses;

    c.    Past lost wages;

    d.    Diminished earning capacity;

    e.    Past and future emotional distress;

    f.    Pain and suffering;

    g.    Mental anguish;

    h.    Disfigurement; and

    i.    Past and future loss of enjoyment of life.

20.    All of Plaintiff's injuries, disabilities, infirmities and damages are permanent, painful, and progressive in nature and extent.

21. As a further direct and proximate result of the collision, which was caused by the aforementioned acts and omissions of Defendant, Plaintiff's automobile sustained damage.

WHEREFORE, based on the foregoing, Plaintiff prays for a judgment against Defendant Fieldson for money damages in excess of $25,000; Plaintiff's costs incurred herein; and, for such other and further relief as the Court deems just and proper.

### COUNT II – RESPONDEAT SUPERIOR
**(Plaintiff against Defendant Forward Air, Inc.)**

22. Plaintiff hereby incorporates by reference all preceding allegations of Plaintiff's Petition for Damages as if full set forth herein.

23. At all relevant times, including at the time of the aforesaid collision, Defendant Fieldson was the employee, servant and/or agent of Defendant Forward Air, Inc., and was acting within the course and scope of his employment or agency with Defendant Forward Air, Inc.

24. The negligence of Defendant Fieldson, as set forth in Count I, is imputable to Defendant Forward Air, Inc., and Defendant Forward Air, Inc. is therefore vicariously liable for Defendant Fieldson's negligent acts and omissions under the doctrine of *respondeat superior*.

25. As a direct and proximate result of the collision which was caused by the aforementioned acts and omissions of Defendant Fieldson, Plaintiff was injured and has incurred and will continue to incur damages, including but not limited to, those arising from:

    a. Past medical and hospital expenses;

    b. Future medical, hospital and life care expenses;

    c. Past lost wages;

    d. Diminished earning capacity;

    e. Past and future emotional distress;

    f. Pain and suffering;

Electronically Filed - City of St. Louis - July 07, 2022 - 12:56 PM

      g.      Mental anguish;

      h.      Disfigurement; and

      i.      Past and future loss of enjoyment of life.

26.    All of Plaintiff's injuries, disabilities, infirmities and damages are permanent, painful, and progressive in nature and extent.

27.    As a further direct and proximate result of the collision, which was caused by the aforementioned acts and omissions of Defendant Fieldson, Plaintiff's automobile sustained damage.

WHEREFORE, based on the foregoing, Plaintiff prays for a judgment against Defendant Forward Air, Inc. for money damages in excess of $25,000; Plaintiff's costs incurred herein; and, for such other and further relief as the Court deems just and proper.

DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all counts and claims in this cause of action.

Respectfully submitted,

**DIPASQUALE MOORE, LLC**

/s/ *Steve W. Duke*
STEVE W. DUKE, #68034
900 Spruce St., Suite 150
St. Louis, MO 63102
Phone: (314) 888-4444
Fax: (314) 899-2960
E-mail: steve.duke@dmlawusa.com
ATTORNEY FOR PLAINTIFF

**2222-CC06553**

Electronically Filed - City of St. Louis - July 07, 2022 - 12:56 PM

**In the**
# CIRCUIT COURT
**City of St. Louis, Missouri**

ANDRE PORTER
_Plaintiff/Petitioner_

vs.

RONALD FIELDSON and FORWARD AIR, INC.
_Defendant/Respondent_

7-7-2022
Date

_____
Case number

_____
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now ANDRE PORTER, pursuant
_Requesting Party_
to Local Rule 14, requests the appointment by the Circuit Clerk of

Fredrick Investigation Inc.     PO Box 270471 St Louis MO 63127     314-966-5585
_Name of Process Server_        _Address_                           _Telephone_

_____  _____  _____
_Name of Process Server_        _Address_                           _Telephone_

_____  _____  _____
_Name of Process Server_        _Address_                           _Telephone_

to serve the summons and petition in this cause on the below named parties.

**SERVE:**
Ronald Fieldson
_Name_
1004 E. Tacoma St.
_Address_
Broken Arrow, OK 74012
_City/State/Zip_

**SERVE:**
Forward Air, Inc.
_Name_
9666 Olive Blvd.
_Address_
St. Louis, MO 63132
_City/State/Zip_

**SERVE:**
_Name_
_Address_
_City/State/Zip_

**SERVE:**
_Name_
_Address_
_City/State/Zip_

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk

By  M MCMULLEN
    _Deputy Clerk_
    JULY 7, 2022
_Date_

Steve W. Duke
_Attorney/Plaintiff/Petitioner_

Bar No.
68034
Address
314-888-4444
Phone No.

**RULE 14 SPECIAL PROCESS SERVERS**

1. Any person appointed by the Court or the Circuit Clerk to serve process must have a license issued pursuant to this rule to serve process.

2. Licenses to serve process shall be issued by the Sheriff of the City of St. Louis if the applicant has met the following qualifications:

    a. Is twenty-one years of age or older;

    b. Has a high school diploma or an equivalent level of education;

    c. Has insurance coverage for any errors or omissions occurring in the service of process;

    d. Has not been convicted, pleaded guilty to or been found guilty of any felony, or of any misdemeanor involving moral turpitude; and,

    e. Has passed a training course for the service of process which shall be administered by the Sheriff of the City of St. Louis.

3. Each applicant for a process server license under the provisions of this rule shall provide an affidavit setting forth such person's legal name, current address, any other occupations and current telephone numbers.  Licensed process servers shall immediately notify the Sheriff of the City of St. Louis of any change in the above information, and the failure to do so shall constitute good cause for the revocation of such person's license.

4. The Sheriff of the City of St. Louis shall maintain a list of persons licensed to serve process pursuant to this rule, and shall make such list available to litigants upon request.

5. A photo identification card designed by the Sheriff of the City of St. Louis shall be issued in addition to the license.  No other identification will be allowed.  All licenses must be signed and approved by the Sheriff of the City of St. Louis and the Presiding Judge or his designee.

6. A license fee recommended by the Sheriff and approved by the Court En Banc shall be charged to cover the costs of compiling and maintaining the list of process servers and for the training of such process servers.  The license fees shall be made payable to the Sheriff of the City of St. Louis.

Electronically Filed - City of St. Louis - July 07, 2022 - 12:56 PM

7. A license for service of process issued under this rule may be revoked by the Sheriff with the approval of the Presiding Judge or his designee, for any of the following reasons:

   a. Misrepresentation of duty or authority;

   b. Conviction, guilty plea or finding of guilty of any state or federal felony, or a misdemeanor involving moral turpitude;

   c. Improper use of the license;

   d. Making a false return; or

   e. Any other good cause.

   Provided, no service of process made by an appointed process server with a revoked license shall be void if the Court or Circuit Clerk made the appointment in good faith without knowledge of the license revocation.

8. Any person authorized to serve process may carry a concealed firearm as allowed by Section 506.145, RSMo, only while actually engaged in the service of process and only if the person has passed a firearms qualification test approved by a law enforcement agency; provided, however, that any licensed special process server may file a written waiver of the right to carry a concealed firearm and thereby avoid the requirements of firearm training and testing.  Any violation of this section shall be considered beyond the scope of the privilege to carry a concealed weapon that is granted by the appointment, and shall constitute good cause for the revocation of the license.

9. Applications for the appointment of a special process server shall be made on forms available in the offices of the Sheriff and Circuit Clerk.  Orders Appointing special process servers may list more than one licensed server as alternatives.

10. The licenses granted pursuant to this rule shall be good for two years.  Each person granted a license shall be required to reapply at the expiration of the license and shall be required to provide all the information required in the initial application, including a current police record check.

(Approved 9/28/92; amended 11/23/92; 5/31/95; 12/17/07)

Case Number (For Court Use Only): **2222-CC06553**

Electronically Filed - City of St. Louis - July 07, 2022 - 12:56 PM

# CONFIDENTIAL CASE FILING INFORMATION SHEET – NON-DOMESTIC RELATIONS

**INSTRUCTIONS:**
- ✓ Complete this form for all parties known at the time of filing. Provide the most appropriate Case Type and Party Type codes and descriptions. (Found on the Case Types List and Party Types List at www.courts.mo.gov on the Court Forms/Filing Information page.)
- ✓ If additional space is needed, complete additional Confidential Case Filing Information Sheets.

**NOTE:** The **full** Social Security Number (SSN) is *required* pursuant to Missouri Supreme Court Operating Rule 4.07 if the party is a person and is reasonably available. This is a confidential document. This information is needed to open a case in the court's case management system. While cases deemed public under Missouri statutes can be accessed through Case.net, the day and month of birth, SSN, and confidential addresses are NOT provided to the public through Case.net.

Filing Date: July 7, 2022   County/City of St. Louis: City of St. Louis

Style of Case: ANDRE PORTER v. RONALD FIELDSON and FORWARD AIR, INC.
(i.e. In the Estate of; In the Matter of; Petitioner v. Respondent.)

Case Type Code: TE   Case Type Description: Personal Injury - Vehicular

---

Party Type Code: PLT   Party Type Description: Plaintiff
Name (if a person): (Last) Porter   (First) Andre   (Middle)
Organization (if non-person):
Address: 3839 Wisconsin Ave., Apt A
City: St. Louis   State: MO   Zip: 63118   Contact Telephone Number:
DOB/DOD: 03/21/1960   Gender: ☑ Male ☐ Female   SSN: 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
Attorney Name (if represented by counsel): Steve W. Duke   Bar ID: 68034   Party Type Code: APLT

---

Party Type Code: DFT   Party Type Description: Defendant
Name (if a person): (Last) Fieldson   (First) Ronald   (Middle)
Organization (if non-person):
Address: 1004 E. Tacoma St.
City: Broken Arrow   State: OK   Zip: 74012   Contact Telephone Number:
DOB/DOD:   Gender: ☑ Male ☐ Female   SSN:
Attorney Name (if represented by counsel):   Bar ID:   Party Type Code:

---

Party Type Code: DFT   Party Type Description: Defendant
Name (if a person): (Last)   (First)   (Middle)
Organization (if non-person): Forward Air, Inc.
Address: 9666 Olive Blvd.
City: St. Louis   State: MO   Zip: 63132   Contact Telephone Number:
DOB/DOD:   Gender: ☐ Male ☐ Female   SSN:
Attorney Name (if represented by counsel):   Bar ID:   Party Type Code:

---

Submitted by: Steve W. Duke   Bar ID (required if attorney): 68034
Address (if not shown above): 900 Spruce St., Suite 150
City: St. Louis   State: MO   Zip: 64102
Phone: 314-888-4444   Email Address: steve.duke@dmlawusa.com

*IMPORTANT: It is the parties' responsibility to keep the court informed of any change of address or employment.*

OSCA (05-13) FI-05



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| **Judge or Division:** MICHAEL FRANCIS STELZER | **Case Number:** 2222-CC06553 |
| **Plaintiff/Petitioner:** ANDRE PORTER | **Plaintiff's/Petitioner's Attorney/Address:** STEVEN WILLIAM DUKE 7777 BONHOMME AVE SUITE 1600 ST LOUIS, MO  63105 |
| vs. | |
| **Defendant/Respondent:** RONALD FIELDSON | **Court Address:** CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO  63101 |
| **Nature of Suit:** CC Pers Injury-Vehicular | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:**  RONALD FIELDSON
    Alias:
**1004 E TACOMA ST**
**BROKEN ARROW, OK  74012**

**SPECIAL PROCESS SERVER**

*COURT SEAL OF CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**July 7, 2022**
_____    _____
        Date                                                                   Clerk
                                                                  *(signed) Thomas Kloeppinger*

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   - ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - ☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____    _____
Printed Name of Sheriff or Server                        Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
                    ☐ the judge of the court of which affiant is an officer.
                    ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                    ☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*
                                                                          _____
                                                                                      Signature and Title

**Service Fees**
Summons    $_____
Non Est    $_____
Mileage    $_____ (_____ miles @ $ _____ per mile)
**Total    $_____**

OSCA (07-18) SM60 (SMOS) *For Court Use Only*: **Document ID# 22-SMOS-1966**    1 of 2   **(2222-CC06553)**    Rules 54.06, 54.07, 54.14, 54.20;
                                                                                                                        506.500, 506.510 RSMo

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| **Judge or Division:**<br>MICHAEL FRANCIS STELZER | **Case Number:** 2222-CC06553 |
| **Plaintiff/Petitioner:**<br>ANDRE PORTER<br><br>vs. | **Plaintiff's/Petitioner's Attorney/Address**<br>STEVEN WILLIAM DUKE<br>7777 BONHOMME AVE<br>SUITE 1600<br>ST LOUIS, MO 63105 |
| **Defendant/Respondent:**<br>RONALD FIELDSON | **Court Address:**<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| **Nature of Suit:**<br>CC Pers Injury-Vehicular | Please see the attached information for appearing via WebEx.  WebEx connection information may also be found at<br>**http://www.stlcitycircuitcourt.com/** |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** FORWARD AIR INC
**Alias:**

**NATIONAL CORPORATE RESEARCH LTD, RAGT**
9666 OLIVE BLVD
SAINT LOUIS, MO 63132

*COURT SEAL OF*

*CITY OF ST LOUIS*

**SPECIAL PROCESS SERVER**

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**\*\*\*Due to COVID19 challenges, virtual appearances by Webex.com are also required until further order of this Court. \*\*\***

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.**

**July 7, 2022**
_____       *Thomas Kloeppinger*
Date                                                                               Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).
_____                _____
Printed Name of Sheriff or Server                                  Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
(Seal)    Subscribed and sworn to before me on _____ (date).
My commission expires: _____

SJRC (07-21) SM30 (SMCC) *For Court Use Only:* **Document ID # 22-SMCC-7106** 1 of 1 (2222-CC06553)   Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

                                                                              Date                                                                              Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| **Judge or Division:** MICHAEL FRANCIS STELZER | **Case Number:** 2222-CC06553 |
| **Plaintiff/Petitioner:** ANDRE PORTER  vs. | **Plaintiff's/Petitioner's Attorney/Address:** STEVEN WILLIAM DUKE  7777 BONHOMME AVE  SUITE 1600  ST LOUIS, MO 63105 |
| **Defendant/Respondent:** RONALD FIELDSON  **Nature of Suit:** CC Pers Injury-Vehicular | **Court Address:** CIVIL COURTS BUILDING  10 N TUCKER BLVD  SAINT LOUIS, MO 63101 |

*(Date File Stamp)*

### Summons for Personal Service Outside the State of Missouri
*(Except Attachment Action)*

**The State of Missouri to:** RONALD FIELDSON
**Alias:**
1004 E TACOMA ST
BROKEN ARROW, OK 74012

**SPECIAL PROCESS SERVER**

**COURT SEAL OF CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

July 7, 2022                           _Thomas Kloeppinger_
_____                      _____
Date                                   Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Process Server PS-20-16_ of _Tulsa_ County, _OK_ (state).
3. I have served the above summons by: (check one)
   ☑ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____

Served at _1004 E Tacoma St., Broken Arrow, OK 74012_ (address)
in _Tulsa_ County, _OK_ (state), on _July 12/22_ (date) at _8:40 AM_ (time).

_JOHN LICHTENEGGER_                    _[signature]_
Printed Name of Sheriff or Server       Signature of Sheriff or Server

Subscribed and sworn to before me this _12_ (day) _July_ (month) _2022_ (year).

☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☑ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

BRYAN SMITH
Notary Public in and for
STATE OF OKLAHOMA
Commission #21014241
Expires: 29 Oct 2025

_[signature]_
Signature and Title

**Service Fees**
Summons     $ _____
Non Est     $ _____
Mileage     $ _____ ( _____ miles @ $ _____ per mile)
Total       $ _____